NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RADIO SYSTEMS CORPORATION, INNOTEK, INC.,**
*Plaintiffs-Appellees*

**v.**

**TOM LALOR,**
*Defendant-Appellant*

---

2015-1311

---

Appeal from the United States District Court for the Western District of Washington in No. 2:10-cv-00828-RSM, Judge Ricardo S. Martinez.

---

**JUDGMENT**

---

ROY BRADFORD BRITTIAN, Merchant & Gould, PC, Knoxville, TN, argued for plaintiffs-appellees. Also represented by JOHN T. WINEMILLER, IAN G. MCFARLAND; RACHEL C. HUGHEY, Minneapolis, MN.

PHILIP P. MANN, Mann Law Group, Seattle, WA, argued for defendant-appellant. Also represented by TIMOTHY JOHN BILLICK, I; JOHN WHITAKER, Whitaker Law Group, Seattle, WA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 15, 2016 | /s/ Daniel E. O'Toole |
| --- | --- |
| Date | Daniel E. O'Toole |
| | Clerk of Court |